EX PARTE R. J. FOIGHT

No. 29,339. October 16, 1957.

Relator represented himself.

*Leon Douglas,* State's Attorney, Austin, for the state.

WOODLEY, Judge.

Relator seeks his discharge from the penitentiary where he has served more than five years of a life sentence for robbery with firearms.

Under the prior holdings of this court we have no alternative other than to order his discharge, and the state so confesses.

The authorities holding the life sentence excessive, and the portion thereof in excess of the five year minimum void, include Ex parte Erwin, 145 Texas Cr. Rep. 504, 170 S.W. 2d 226; Ex parte O'Dare, 146 Texas Cr. Rep. 162, 172 S.W. 2d 336; Ex parte Wheat, 146 Texas Cr. Rep. 171, 172 S.W. 2d 344; Daugherty v. State, 146 Texas Cr. Rep. 303, 174 S.W. 2d 493; Ex parte Whitten, 151 Texas Cr. Rep. 169, 205 S.W. 2d 588; Ex parte Geisling, Texas Cr. App., 243 S.W. 2d 833; Ex parte Goss, 159 Texas Cr. Rep. 235, 262 S.W. 2d 412. See also Ex parte Rolen, 163 Texas Cr. Rep. 525, 294 S.W. 2d 403; Cuellar v. State, 151 Texas Cr. Rep. 176, 206 S.W. 2d 250; and Belton v. State, 162 Texas Cr. Rep. 436, 286 S.W. 2d 432.

The writ is granted and the relator is ordered discharged from further confinement under said life sentence.

Presiding Judge Morrison dissents.